# FINANCIAL AFFIDAVIT

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

CJA 23    REV. 1/90

IN UNITED STATES: ☒ MAGISTRATE  ☒ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: U.S.A. vs. HERNAL

FOR: 7-08

AT:

JUL X 1 2008

LOCATION NUMBER

MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT

**PERSON REPRESENTED** (Show your full name): JEAN HERNAL

1. ☒ Defendant—Adult
2. ☐ Defendant—Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

**DOCKET NUMBERS**
Magistrate:
District Court: 08CR453-18
Court of Appeals:

**CHARGE/OFFENSE** (describe if applicable & check box →): ☒ Felony  ☐ Misdemeanor
18 USC 1341 et al.

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☒ Yes ☐ No ☐ Am Self Employed
- Name and address of employer: 1) T&S INSTALLATIONS, ROSEMONT, IL  2) JEWEL FOOD STORE, WESTCHESTER, IL
- IF YES, how much do you earn per month? $ 1) 800.00 WITH NET  2) 270.00
- IF NO, give month and year of last employment. How much did you earn per month $ ___
- If married is your Spouse employed? ☒ Yes ☐ No
- IF YES, how much does your Spouse earn per month $ 3025 NET
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income $ ___

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: RECEIVED $ 1288.00  RENTAL INCOME

**CASH**
- Have you any cash on hand or money in savings or checking account ☒ Yes ☐ No  IF YES, state total amount $ 300.00

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
- IF YES, GIVE VALUE AND DESCRIBE IT:
  - $ 8175.00   2003 NISSAN ALTIMA
  - $ 7355.00   2005 HONDA CIVIC
  - $ 250,000.00  HOME
  - $ 60,000.00   RENTAL

**DEPENDENTS**
- MARITAL STATUS: ☐ SINGLE  ☒ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: ___
- List persons you actually support and your relationship to them: ___

**OBLIGATIONS & DEBTS**

**DEBTS & MONTHLY BILLS** (List all creditors, including banks, loan companies, charge accounts, etc.)

| | Creditors | Total Debt | Monthly Pay |
|---|---|---|---|
| APARTMENT OR HOME | CHASE MORTGAGE / CHASE HOME EQUITY LINE | $ 181,438.39 / $ 51,888.67 | $ 1520.80 / $ 400.00 |
| STUDENT LOANS | DIRECT LOAN | $ 53,000.00 | $ 311.83 |
| HOUSEHOLD BANK | CREDIT CARD | $ 450.00 | $ 100.00 |
| HOUSEHOLD BANK | CREDIT CARD | $ 500.00 | $ 150.00 |
| WASHINGTON MUTUAL | CREDIT CARD | $ 1500.00 | $ 105.00 |
| CAPITAL ONE | CREDIT CARD | $ 150.00 | $ 50.00 |
| UTILITIES | NICOR, COMED, AT&T, VLG. WESTCHESTER | | $ 460.00 |
| RENTAL PROPERTY EXPENSES | | | $ 900.00 |

I certify the above to be correct.

**SIGNATURE OF DEFENDANT** (OR PERSON REPRESENTED): [signature]   7-1-08

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.