# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.                                    Case No.: 1:08−cr−00453
                                            Honorable James B. Zagel

, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 10, 2011:

      MINUTE entry before the Honorable James B. Zagel:As to Gwendolyn Jackson, Calvin Townsend, Latonja Spencer, Buford Peteet, Jean Hernal, Edgardo Hernal, Status hearing held on 6/10/2011. Jury trial (6−13−2011) is reset for 6/20/2011 at 10:30 AM. Order time excluded in the interest of justice pursuant to 18:3161(h)(7)(A)(1) from 6/13/2011 to 6/20/2011. Mailed notice (drw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.